<pre>
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
        vs.                    )        CR-11-00555-EJD
                               )
IZAEUS ANTHONY BANDA           ) STIPULATED MOTION AND ~~PROPOSED~~
                               ) ORDER TO RESCHEDULE PRELIMINARY
                               ) REVOCATION HEARING
                               ) OF FEBRUARY 13, 2020
        Defendant.             )
                               ) Preliminary Revocation Hearing
                               ) Scheduled for February 13, 2020 before
                               ) US Magistrate Judge Susan ~~Van Kevlen~~ van Keulen
_____
</pre>

COMES NOW, Defendant Izaeus Anthony Banda (Banda), and moves the Court to reschedule the February 13, 2020 Preliminary Revocation Hearing to March 5, 2020 at 1:30pm before United States Magistrate Judge Susan Van Kevlen, to provide additional time for undersigned counsel to prepare a response to the Amended Petition For Summons For Person Under Supervision. (DOC #37)

Daniel Kaleba, counsel for Plaintiff, stipulates to this request pursuant to his email of February 4, 2020. US Probation Officer Juan Ramirez also concurs with this request to reschedule.

Accordingly, Defendant Banda prays the Court reschedule the February 13, 2020 hearing to March 5, 2020 at 1:30pm in accordance with the proposed Order submitted hereto.

                                        Respectfully submitted,

*/s/ David L. Plotsky*
Plotsky and Dougherty, PC
Attorney for Defendant
122 Girard, S.E.
Albuquerque, New Mexico, 87106
Corralitos, CA 95076
505-268-0095 (fax) 505-266-9585
plotskylaw@gmail.com

I hereby certify that I e-mailed this pleading to counsel of record on this 6th day of February, 2020:

Daniel Kaleba
United States Attorney's Office
San Jose Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113
408-535-5053

USPO
Attn: Juan Ramirez
280 S. 1st Street
#160
San Jose, CA 95116

 */s/ David L. Plotsky*
David L. Plotsky

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
        vs.                    )     CR-11-00555-EJD
                               )
IZAEUS ANTHONY BANDA           ) ~~PROPOSED~~ ORDER RESCHEDULING
                               ) PRELIMINARY REVOCATION HEARING
                               ) OF FEBRUARY 13, 2020
        Defendant.             ) TO MARCH 5, 2020 AT 1:30 PM
                               )
                               ) Preliminary Revocation Hearing Scheduled
                               ) for February 13, 2020
_____
```

## ~~(PROPOSED)~~ ORDER RESCHEDULING PRELIMINARY REVOCATION HEARING OF FEBRUARY 13, 2020 TO MARCH 5, 2020 AT 1:30 PM

THIS MATTER having come before the Court on the Motion of the Defendant, the Court being advised in the circumstances of this matter; it appearing that good grounds exist for the granting of this Motion; the Motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the scheduled Preliminary Revocation Hearing of February 13, 2020 will be rescheduled to March 5, 2020 at 1:30pm. before Magistrate Judge Virginia K. DeMarchi, Ct.#2, 5th Floor.

Date: 2/6/2020                  _____
                                HON. SUSAN ~~VAN KEVLEN~~ van Keulen
                                US MAGISTRATE COURT JUDGE